JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C&C TEXTILE CO., LTD., <br><br>         Plaintiff, <br><br>VS. <br><br>PRIVATE LABEL SOURCING LLC, et al. <br><br>         Defendants. | Case No. CV 07-07408- RGK (VBKx) <br><br>ORDER OF DISMISSAL FOR LACK OF PROSECUTION |

      On November 13, 2008, this Court issued an Order to Show Cause Re Lack of Prosecution ("OSC"). Plaintiff was ordered to show cause in writing before November 20, 2008, why this action should not be dismissed for lack of prosecution as to defendant Bruce Allen. To date, plaintiff has not responded to the OSC and, therefore, the action is hereby dismissed.

Dated: December 10, 2008

                                              R. GARY KLAUSNER <br>
                                              UNITED STATES DISTRICT JUDGE